UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO ALDAPE, ) | CASE NO. CV 07-07316-JSL (AJW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| RAUL LOPEZ, Acting Warden, ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _Dec. 14, 2010 _

*Spencer Letts*

_____
J. Spencer Letts
Senior United States District Judge